JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
CHRISTIAN R. RUIZ
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Christian.Ruiz@usdoj.gov

*Attorneys for the United States*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Li Li,<br><br>                Plaintiff,<br><br>        v.<br><br>Alejandro Mayorkas et al.,<br><br>                Defendants. | Case No. 2:24-cv-1114-GMN-MDC<br><br>**Stipulation and Order for Extension of Time to Respond to Plaintiffs' Complaint (First Request)** |

      Plaintiffs and Defendants, through their undersigned counsel, stipulate and request that the Court approve a 60-day extension of time, from August 20, 2024, to October 19, 2024, for Defendants to respond to Plaintiffs' Complaint, ECF. No. 1. This is the parties' first request for an extension of time.

      Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule IA 6-1 allow a party to request additional time to perform an act. The subject of this litigation concerns Plaintiffs' I-589 Application for Asylum and for Withholding of Removal. Plaintiff alleges that she filed an I-589 Application in May 2015, and the Complaint seeks as relief that Defendants schedule an asylum interview in the corresponding asylum case. Defendants have identified Plaintiff's pending asylum case, and they are in the process of transferring it to the proper Asylum Office. Pending the remaining administrative processing of Plaintiff's asylum application, this litigation may become moot.

      Based on these circumstances, the parties request a 60-day extension of time, from August 20, 2024, to October 19, 2024, for Defendants to file a response to Plaintiffs'

1 | Complaint, ECF. No. 1. This stipulated request is filed in good faith and not for the
2 | purposes of undue delay.
3 |       Respectfully submitted this 20th day of August 2024.
4
5 | DATED: August 19, 2024                   DATED: August 19, 2024
6
                                                                        JASON M. FRIERSON
7 | *Li Li* (signature)                                United States Attorney

                                                                        */s/ Christian R. Ruiz*
8 | Li Li                                                        CHRISTIAN R. RUIZ
9 | *Plaintiff, Pro Se*                          Assistant United States Attorney
10
11 |                                               IT IS SO ORDERED.
12
13 |                                               UNITED STATES DISTRICT JUDGE /
14 |                                               UNITED STATES MAGISTRATE JUDGE
15 |                                               DATED: 8/22/24
16
17
18
19
20
21
22
23
24
25
26
27
28

**Certificate of Service**

I, Paralegal Specialist Liam Pisan, hereby certify that the above Stipulation and Order for Extension of Time to Respond to Plaintiffs' Complaint was served upon Pro Se Plaintiff, identified below, via US Postal Service and electronic mail:

Li Li
7046 Claythorn Road
Las Vegas, NV 89148

*Pro Se Plaintiff*

Dated this 20th day of August 2024.