JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
CHRISTIAN R. RUIZ
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Christian.Ruiz@usdoj.gov

*Attorneys for the Federal Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Li Li,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Alejandro Mayorkas et al.,<br><br>　　　　Defendants. | Case No. 2:24-cv-1114-GMN-MDC<br><br>**Joint Stipulation and Order of Dismissal** |

　　The United States of America, on behalf of federal defendants Alejandro Mayorkas, Tracy Renaud, Jennifer B. Higgins, and David M. Radel ("Defendants"), and Plaintiff, Li Li, *pro se*, hereby stipulate to the dismissal without prejudice of each and every cause of action alleged in the Complaint filed in this case (ECF No. 1), each party to bear its own fees and costs.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

Respectfully submitted this 25th day of October 2024.

_____
LI LI
*Plaintiff, Pro Se*

JASON M. FRIERSON
United States Attorney

/s/ Christian R. Ruiz
CHRISTIAN R. RUIZ
Assistant United States Attorney
*Attorneys for the United States*

ORDER

It is hereby ordered that this case is DISMISSED with prejudice. All other pending motions are DENIED as moot. The Clerk of Court is kindly directed to close out this case.

IT IS SO ORDERED.

_____
Gloria M. Navarro
United States District Judge

DATED: October 24, 2024

## Certificate of Service

I hereby certify that the above Joint Stipulation and Order of Dismissal was served upon *Pro Se* Plaintiff, identified below, via US Mail:

Li Li
7046 Claythorn Road
Las Vegas, NV 89148
*Pro Se Plaintiff*

Dated this 23rd day of October 2024.

                                                     LIAM PISAN
                                                     Paralegal Specialist